DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS ZAMUDIO-HURTADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-0418 FCD |
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| LUIS ZAMUDIO-HURTADO, | ) ) ) | |
| Defendant. | ) | |

  This case is currently scheduled for a status hearing on November 5, 2007. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

  The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 5, 2007, be continued until November 19, 2007 at 10:00 a.m. In addition, the parties stipulate that the time period from November 5, 2007, to November 19, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

DATED: November 2, 2007

  Respectfully submitted,


| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Kyle Reardon<br>KYLE REARDON<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Luis Zamudio-Hurtado |

## ORDER

For the reasons set forth in the stipulation of the parties, filed on November 2, 2007,  IT IS HEREBY ORDERED that the status conference currently scheduled for November 5, 2007,  be vacated and that the case be set for Monday, November 19, 2007 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that the time under the Speedy Trial Act is excluded from November 5, 2007, through November 19, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

DATED: November 2, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE