1    DANIEL BRODERICK, Bar #89424
     Federal Defender
2    Lexi Negin, Bar #250376
     Assistant Federal Defender
3    801 I Street, 3rd. Floor
     Sacramento, California  95814
4    Telephone: (916) 498-5700

5    Attorney for Defendant
     LUIS ZAMUDIO-HURTADO

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,         )   CASE NO. 2:07-cr-0418 FCD
                                       )
11                 Plaintiff,          )
                                       )   STIPULATION AND ORDER TO CONTINUE
12        v.                           )   STATUS HEARING AND TO EXCLUDE TIME
                                       )   PURSUANT TO THE SPEEDY TRIAL ACT
13                                     )
     LUIS ZAMUDIO-HURTADO,             )
14                                     )
                   Defendant.          )
15   _____

16       This case is currently scheduled for a status hearing on December 10, 2007.  The attorneys for both

17   parties have conferred and agree that additional time is needed for defense preparation and meetings

18   between the parties with the goal being to resolve the case by way of a disposition.

19       The parties, through their respective counsel, hereby stipulate and agree that the status conference

20   scheduled in this case for December 10, 2007, be continued until January 14, 2008.  In addition, the parties

21   stipulate that the time period from December 10, 2007, to January 14, 2008, be excluded under the Speedy

22   Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel

23   with the reasonable time to prepare.

     /////

24   /////

25   /////

26   /////

27

28

1    DATED:December 7, 2007

2

3                                          Respectfully submitted,
                                           McGREGOR W. SCOTT
4                                          United States Attorney

5
                                           /s/Lexi Negin for Kyle Reardon
6                                          KYLE REARDON
                                           Assistant U.S. Attorney
7                                          Attorney for United States

8
                                           DANIEL BRODERICK
9                                          Federal Defender

10
                                            /s/ Lexi Negin
11                                         LEXI NEGIN
                                           Assistant Federal Defender
12                                         Attorney for Luis Zamudio-Hurtado

13                                          **ORDER**

14
            For the reasons set forth in the stipulation of the parties, filed on December 7, 2007,  the status
15
      conference currently scheduled for December 10, 2007, is vacated and reset for Monday, January 14, 2008
16
      at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the
17
      best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED
18
      that, for the reasons stated in the parties' December 7, 2007 stipulation, the time under the Speedy Trial
19
      Act is excluded from December 10, 2007, through January 14, 2008, pursuant to 18 U.S.C.
20
      §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable
21
      time to prepare.
22
            IT IS SO ORDERED.
23
      Dated: December 7, 2007
24

25
                                           FRANK C. DAMRELL, JR.
26                                         UNITED STATES DISTRICT JUDGE

27

28