DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS ZAMUDIO-HURTADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>LUIS ZAMUDIO-HURTADO,<br><br>            Defendant. | CASE NO. 2:07-cr-0418 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

This case is currently scheduled for a status hearing on January 14, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 14, 2008, be continued until January 28, 2008.  In addition, the parties stipulate that the time period from January 14, 2008, to January 28, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

DATED: January 11, 2008

    Respectfully submitted,

McGREGOR W. SCOTT                                         DANIEL BRODERICK
United States Attorney                                          Federal Defender
 /s/Lexi Negin for Kyle Reardon                            /s/ Lexi Negin

KYLE REARDON                                                  LEXI NEGIN
Assistant U.S. Attorney                                          Assistant Federal Defender
Attorney for United States                                    Attorney for Luis Zamudio-Hurtado

1

ORDER

For the reasons set forth in the stipulation of the parties, filed on January 11, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for January 14, 2008, be vacated and that the case be set for Monday, January 28, 2008 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 11, 2008 stipulation, the time under the Speedy Trial Act is excluded from January 14, 2008, through January 28, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

DATED: January 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE