BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>LUIS ZAMUDIO-HURTADO,<br><br>                      Defendants. | CASE NO. 2:07-CR-00418 FCD<br><br>MOTION AND ORDER TO UNSEAL PETITION FOR SUPERVISED RELEASE VIOLATION |

      The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the petition for supervised release violation under seal as the defendant has been arrested.

      Based on the foregoing, the United States respectfully requests that the petition for supervised release violation be unsealed and made public record.

Dated: December 21, 2015                    BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ Brian K. Delaney
                                                   BRIAN K. DELANEY
                                                   Assistant United States Attorney

1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
7  Attorneys for Plaintiff
   United States of America
8

9              IN THE UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,           | CASE NO. 2:07-CR-00418 FCD
13 |                  Plaintiff,          | ORDER TO UNSEAL PETITION FOR
                                          | SUPERVISED RELEASE VIOLATION
14 |         v.                           |
15 | LUIS ZAMUDIO-HURTADO,                |
16 |                  Defendant.          |
17

18     This petition for supervised release violation was sealed by Order of this Court pursuant to Rule
19 6(e) of the Federal Rules of Criminal Procedure.
20     IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public
21 record.
22
23 IT IS SO ORDERED.
24     Dated:  **December 21, 2015**           **/s/ Jennifer L. Thurston**
25                                             UNITED STATES MAGISTRATE JUDGE
26
27
28

Motion to Unseal Petition for Supervised Release          2
Violation